IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| TONI CHAVES, | § § § | |
| *Plaintiff,* | § § § | SA-19-CV-00861-ESC |
| vs. | § § § | |
| COGENT MEDICAL LABORATORY, LLC, | § § § § | |
| *Defendant.* | § § | |

# ORDER

Before the Court in the above-styled cause of action is Plaintiff's Motion for Leave to File First Amended Complaint and Brief in Support Thereof [#20]. By her motion, Plaintiff asks the Court for leave to file her First Amended Complaint to add an additional cause of action for retaliation in violation of the Fair Labor Standards Act ("FLSA"). Pursuant to the Court's Scheduling Order, Plaintiff's motion is timely.

Defendant's response to the motion was due on or before January 29, 2020. *See* Local Rule CV-7(e)(2) (responses to nondispositive motions due within seven days of the motion's filing). To date, Defendant has not filed a response in opposition. Under this Court's Local Rules, the Court may therefore treat the motion as unopposed. *See id.*

**IT IS THEREFORE ORDERED** that Plaintiff's Motion for Leave to File First Amended Complaint and Brief in Support Thereof [#20] is **GRANTED**. The Clerk is directed to file Plaintiff's First Amended Complaint [#20-1].

**IT IS SO ORDERED.**

SIGNED this 31st day of January, 2020.

_____
ELIZABETH S. ("BETSY") CHESTNEY
UNITED STATES MAGISTRATE JUDGE