IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| TONI CHAVES, | § § § | |
| *Plaintiff,* | § § § | SA-19-CV-00861-ESC |
| vs. | § § § | |
| COGENT MEDICAL LABORATORY, LLC, | § § § § § | |
| *Defendant.* | § § | |

## ORDER

Before the Court is the above-styled cause of action. The record reflects that the Court granted the motion to withdraw filed by Defendant's counsel on February 18, 2020 [#27]. The Order explained that Defendant, as an LLC, is unable to represent itself *pro se* in this lawsuit and gave Defendant a deadline of March 18, 2020 to file an advisory indicating whether it had obtained substitute counsel. The deadline has passed, and the Court has neither received an advisory nor has new counsel made an appearance on behalf of Defendant. Plaintiff is therefore directed to move for a Clerk's entry of default against Defendant or voluntarily dismiss this case. A failure to do so will result in the Court's dismissal of this action for want of prosecution.

**IT IS THEREFORE ORDERED** that Plaintiff move for a clerk's entry of default on or before **April 22, 2020**.

SIGNED this 9th day of April, 2020.

ELIZABETH S. ("BETSY") CHESTNEY
UNITED STATES MAGISTRATE JUDGE