IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| TONI CHAVES, | § § | |
| *Plaintiff,* | § § § | SA-19-CV-00861-ESC |
| vs. | § § | |
| COGENT MEDICAL LABORATORY, LLC, | § § § § | |
| *Defendant.* | § § | |

**FINAL DEFAULT JUDGMENT**

On this day, the Court granted in part Plaintiff Toni Chaves's Motion for Entry of Final Default Judgment as to Cogent Medical Laboratory, LLC and Memorandum in Support Thereof [#34], finding that Plaintiff is entitled to a final default judgment against Defendant. The Court therefore issues the following final default judgment pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure:

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that Plaintiff Toni Chaves recover from Defendant Cogent Medical Laboratory, LLC the total amount of $72,339.75. This represents $5,801.25 in unpaid overtime compensation, $5,801.25 in liquidated damages for unpaid overtime compensation, $24,598.25 in lost wages, $24,598.25 in liquidated damages for lost wages, $11,075.75 as reasonable attorney's fees, and $465.00 as costs of court.

**IT IS FURTHER ORDERED** that post-judgment interest shall accrue on all amounts awarded at the rate of 0.13 percent per annum until the judgment is paid in full.

**IT IS FURTHER ORDERED** that Plaintiff Toni Chaves is entitled to enforce this judgment through abstract, execution, and any other process necessary.

**IT IS FINALLY ORDERED** that this case is **CLOSED**. This is a final appealable judgment. All relief not granted herein is denied.

SIGNED this 28th day of August, 2020.

ELIZABETH S. ("BETSY") CHESTNEY
UNITED STATES MAGISTRATE JUDGE